IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONNIE HILL,

        Plaintiff,

    v.

LOANSTAR MORTGAGEE SERVICES, L.L.C., et al.,

        Defendants.

        No. CIV S-07-0161 DFL DAD PS

ORDER

This action has been referred to the undersigned pursuant to Local Rule 72-302(c)(21). Plaintiff initially requested leave to proceed with this action in forma pauperis under 28 U.S.C. § 1915. Plaintiff subsequently paid the required filing fee, and the Clerk of the Court has issued summons for all defendants. Accordingly, IT IS ORDERED that plaintiff's January 24, 2007 application to proceed in forma pauperis is denied as moot.

DATED: April 30, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\hill0161.ifpden.moot