IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONNIE HILL,

    Plaintiff,

v.

LOANSTAR MORTGAGEE SERVICES, L.L.C., et al.,

    Defendants.

No. CIV S-07-0161 RRB DAD PS

ORDER

    This matter came before the court on July 13, 2007, for hearing of the motion to dismiss for failure to state a claim filed May 31, 2007, by defendant First American Loanstar Trustee Services. Defendant WMC Mortgage Corp. joined in the motion on June 13, 2007. Plaintiff Connie Hill, proceeding pro se, appeared on her own behalf, and Glenn H. Wechsler, Esq., appeared on behalf of the moving parties. Upon hearing the parties' arguments, the court took defendants' motion under submission pending oral argument on a second motion to dismiss.

    The case came before the court on August 17, 2007, for hearing of the amended motion to dismiss for failure to state a claim filed June 20, 2007, by defendant Mason McDuffie Real Estate, Inc. dba Prudential California Realty. Plaintiff appeared on her own behalf but indicated that she had retained counsel. Plaintiff filed no opposition to defendant Prudential California Realty's motion and indicated her intention to dismiss the defendant. James Mills,

1

Esq., appeared on behalf of defendant Prudential California Realty and opposed plaintiff's request for a continuance. Upon hearing the parties' arguments, and for the reasons stated on the record, the court took the second motion to dismiss under submission.

Plaintiff, having been unable to retain the attorney she believed would represent her, has requested an extension of time to October 10, 2007, to file an amended complaint, either through counsel or pro se. Good cause appearing, defendants' motions will be granted with leave to amend, and plaintiff's request for an extension of time to amend will be granted.

Accordingly, IT IS ORDERED that:

1. The motion to dismiss filed May 31, 2007, by defendants First American Loanstar Trustee Services (sued as Loanstar Mortgagee Services LLC) and WMC Mortgage Corp. (sued as WMC Mortgage) is granted with leave to amend;

2. The amended motion to dismiss filed June 20, 2007, by defendant Mason McDuffie Real Estate, Inc. dba Prudential California Realty (sued as Prudential Realty) is granted with leave to amend; and

3. Plaintiff's September 7, 2007 request for additional time is granted, and plaintiff shall file her first amended complaint on or before October 10, 2007.

DATED: September 20, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\hill0161.mtdsgr.lta