1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CONNIE HILL,

11          Plaintiff,                    No. CIV S-07-0161 RRB DAD PS

12          v.

13   LOANSTAR MORTGAGEE            FINDINGS AND RECOMMENDATIONS
     SERVICES, L.L.C., et al.,
14
            Defendants.
15   _____/

16          By order filed and served on September 21, 2007, the undersigned granted

17   plaintiff's request for an extension of time to October 10, 2007 to file an amended complaint,

18   either through counsel or pro se.  The order was served on plaintiff at her address of record and

19   was returned by the postal service on September 27, 2007, marked "not deliverable as

20   addressed."  Plaintiff has not filed an amended complaint and has not filed any document since

21   September 7, 2007.

22          It appears that plaintiff has failed to comply with Local Rule 83-182, which

23   requires that every party, including parties proceeding in propria persona, notify the court and all

24   other parties of any change of address.  L.R. 83-182(f).  "Absent such notice, service of

25   documents at the prior address of the attorney or party shall be fully effective."  Id.  Failure to

26   comply with the court's rules or with any order of the court may be grounds for imposition by the

1

1  court of any and all sanctions authorized by statute or rule or within the inherent power of the

2  court.  L.R. 11-110.

3          Good cause appearing, IT IS RECOMMENDED that this action be dismissed due

4  to plaintiff's failure to file an amended complaint, failure to keep the court apprised of her

5  current address, and failure to comply with applicable rules and court orders.

6          These findings and recommendations will be submitted to the United States

7  District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

8  ten days after being served with these findings and recommendations, plaintiff may file written

9  objections with the court.  A document containing objections should be titled "Objections to

10  Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file

11  objections within the specified time may waive the right to appeal the District Court's order

12  regarding the findings and recommendations.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir.

13  1991).

14  DATED: October 19, 2007.

15

16                                        _____

17                                        DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

18  DAD:kw
    DDad1\orders.prose\hill0161.nca
19

20

21

22

23

24

25

26