IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONNIE HILL,

      Plaintiff,

No. CIV S-07-0161 RRB DAD PS

      v.

LOANSTAR MORTGAGEE SERVICES, L.L.C., et al.,

FINDINGS AND RECOMMENDATIONS

      Defendants.

/

      By order filed and served on September 21, 2007, the undersigned granted plaintiff's request for an extension of time to October 10, 2007 to file an amended complaint, either through counsel or pro se. The order was served on plaintiff at her address of record and was returned by the postal service on September 27, 2007, marked "not deliverable as addressed." Plaintiff has not filed an amended complaint and has not filed any document since September 7, 2007.

      It appears that plaintiff has failed to comply with Local Rule 83-182, which requires that every party, including parties proceeding <u>in propria persona</u>, notify the court and all other parties of any change of address. L.R. 83-182(f). "Absent such notice, service of documents at the prior address of the attorney or party shall be fully effective." <u>Id.</u> Failure to comply with the court's rules or with any order of the court may be grounds for imposition by the

court of any and all sanctions authorized by statute or rule or within the inherent power of the court. L.R. 11-110.

Good cause appearing, IT IS RECOMMENDED that this action be dismissed due to plaintiff's failure to file an amended complaint, failure to keep the court apprised of her current address, and failure to comply with applicable rules and court orders.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court. A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order regarding the findings and recommendations. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 19, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\hill0161.nca

2