IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONNIE HILL,

    Plaintiff,                         No. CIV S-07-0161 RRB DAD PS

    vs.

LOANSTAR MORTGAGEE
SERVICES, L.L.C., et al.,

    Defendants.               ORDER

/

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On October 19, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed objections to the findings and recommendations.

        Although it appears from the file that plaintiff's copy of the findings and recommendations was returned to the court as undeliverable, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of her current address at all times.  Local Rule 83-182(f).  Absent notice of a party's change of address, service of documents at the prior address of the party is fully effective.  Id.

1

1   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 19, 2007, are adopted in full; and

2. This matter is dismissed due to plaintiff's failure to file an amended complaint, failure to keep the court apprised of her current address, and failure to comply with applicable rules and court orders.

DATED: 2/7/2008

/s/ Ralph R. Beistline
UNITED STATES DISTRICT JUDGE

/hill0161.jo