## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                                **JUDGMENT IN A CIVIL CASE**

**CONNIE HILL,**

                                                                CASE NO: **2:07–CV–00161–RRB–DAD**

      v.

**LOANSTAR MORTGAGEE SERVICES, ET AL.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 2/8/08**

                                                                **Victoria C. Minor**
                                                                 Clerk of Court

    ENTERED:  **February 8, 2008**

                                          by:  /s/  H. Kaminski
                                                            Deputy Clerk